IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19-cv-00317-GCM

| | |
|---|---|
| ELIZABETH STEPHENSON, for KMS, a minor | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| ANDREW M. SAUL, Commissioner of Social Security Administration, | ) ) ) ) ) |
| Defendant. | ) ) |

ORDER

THIS CAUSE coming on to be heard and it appearing to the Court that counsel for the Plaintiff has moved to dismiss this civil action with prejudice, so that this child's claim for Supplemental Security Income benefits may be refiled with the Defendant Agency with updated evidence, and it appearing to the Court that the motion of the Plaintiff should be granted;

NOW THEREFORE it is hereby ordered that this civil action be and the same is hereby dismissed with prejudice.

IT IS SO ORDERED.

Signed: July 2, 2020

Graham C. Mullen
United States District Judge